IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                    :   CHAPTER 13
    DONNA MARIE LAJUDICE                   :
                                          :   Bankruptcy No. 16-17217

NOTICE OF CHANGE IN DATE AND TIME OF MEETING OF CREDITORS

NOTICE is given that:

The Bankruptcy Case for the above-captioned Debtor(s) was filed under Chapter 13 on October 12, 2016.  The 341(a) Creditors Meeting originally scheduled for April 10, 2017 at 12:00 p.m. has been rescheduled for, April 12, 2017 at 12:00 p.m. at 1234 Market Street, Suite 18-341, Philadelphia, Pa 19107.

Dated: March 24, 2017
Counsel for Debtor:
Robert H. Holber, Esquire
41 E. Front Street
Media, PA   19063
(610) 565-5463