# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                        Chapter 13

                        Bankruptcy No. 16-17217-JKF

DONNA MARIE LAJUDICE

244 Morris Avenue

Woodlyn, PA 19094

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    DONNA MARIE LAJUDICE

    244 Morris Avenue

    Woodlyn, PA 19094

Counsel for debtor(s), by electronic notice only.

    ROBERT H HOLBER
    41 EAST FRONT ST

    MEDIA, PA 19063

Date: 6/27/2017

                                      /S/ William C. Miller
                                      _____

                                      William C. Miller, Esquire
                                      Chapter 13 Standing Trustee