IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
|    DONNA M. LAJUDICE | : | |
| | : | |
| | : | |
| Debtor | : | Bankruptcy No. 16-17217 |

### CERTIFICATION OF NO ANSWER OR OBJECTION

I, Robert H. Holber, Esquire, Counsel for Debtor, hereby certify that:

1. A copy of the Notice of Motion, Response Deadline and Hearing date regarding Motion for Approval to Permit Debtor to Enter Into a Mortgage Modification Agreement was served upon, Office of the U.S. Trustee, Debtor, Donna M. LaJudice, William C. Miller, Chapter 13 Trustee, and all creditors on or about August 11, 2017.

2. As of the below noted date, he has received no answer or objection, from any party to the granting of the Motion.

Dated: 09/19/17

ROBERT H. HOLBER, ESQUIRE
Counsel for Debtor
41 E. Front Street
Media, PA. 19063
(610) 565-5463