## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

In Re: Donna Marie LaJudice

      Debtor(s)

Case No: 16–17217–elf

Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Eric L. Frank , United States Bankruptcy Judge to consider:

Motion to Dismiss Case for Failure to Make Plan Payments Filed by WILLIAM C. MILLER, Esq

on: 11/21/17

at: 10:00 AM

in: Courtroom #1, 900 Market Street, Philadelphia, PA 19107

For The Court

Date:  10/20/17

Timothy B. McGrath
Clerk of Court