United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 16-17217-elf
Donna Marie LaJudice                                                    Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Pamela           Page 1 of 2              Date Rcvd: Oct 20, 2017
                              Form ID: 152           Total Noticed: 36

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 22, 2017.
```
db           +Donna Marie LaJudice,    244 Morris Avenue,    Woodlyn, PA 19094-1317
aty          +JAMIE D. HANAWALT,    Aldridge Pite, LLP,    4375 Jutland Drive, Suite 200,    PO Box 17933,
               San Diego, CA 92177-7921
13806711      Associates in Anesthesia, Inc.,    Prof Office BLDG I,    Suite 305,    30 Medical Center Blvd.,
               Upland, PA 19013-3958
13811235     +BANK OF NEW YORK MELLON for Nationstar Home Equity,    c/o JAMIE D. HANAWALT,
               4375 Jutland Drive, Suite 200,    PO Box 17933,    San Diego, CA 92177-7921
13806712     +Capital One,    Attn: Bankruptcy,    P.O. Box 30285,    Salt Lake City, UT 84130-0285
13806715      Crozier/Taylor/Springfield,    One Medical Ctr Blvd,    Upland, Pa  19013-3995
13806717     +DJ Orthopedics LLC,    c/o Aargon Agency, Inc.,    8668 Spring Mountain Road,
               Las Vegas, NV 89117-4132
13806718     +Financial Recoveries,    P.O. Box 1022,    Wizom, MI 48393-1022
13806719      HAYT, HAYT & LANDAU, LLC,    Meridian Center 1,    Two Industrial Way West,    P.O. Box 500,
               Eatontown, NJ 07724-0500
13806721     +I C Systems, Inc.,    Attention Bankruptcy,    444 Highway 96 East,    P.O. Box 64378,
               Saint Paul, MN 55164-0378
13806723     +Law Office of Robert H. Holber, P.C.,    41 East Front Street,    Media, PA 19063-2911
13806725    ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
             (address filed with court: Nationstar Mortgage LLC,    Attn: Bankruptcy,    350 Highland Dr,
               Lewisville, TX 75067)
13806726     +Patient First,    417 Baltimore Avenue,    Springfield, PA 19064-3810
13806729     +Southeast Radiology, LTD,    1651 W. Front St.,    P.O. Box 809,    Berwick, PA 18603-0809
13806731    ++T MOBILE,    C O AMERICAN INFOSOURCE LP,    4515 N SANTA FE AVE,    OKLAHOMA CITY OK 73118-7901
             (address filed with court: T-Mobile,    P.O. Box 742596,    Cincinnati, OH 45274)
13824977     +THE BANK OF NEW YORK MELLON,    Nationstar Mortgage, LLC,    PO Box 619096,
               Dallas TX 75261-9096
13849570     +THE BANK OF NEW YORK MELLON,    for Nationstar Home Equity Loan Trust,
               c/o BRIAN CRAIG NICHOLAS,    701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
13806732     +Township of Ridley,    100 E. MacDade Blvd.,    Folsom, PA 19033-2511
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg           E-mail/Text: bankruptcy@phila.gov Oct 21 2017 01:41:52     City of Philadelphia,
               City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
               Philadelphia, PA  19102-1595
smg           E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 21 2017 01:40:57
               Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA  17128-0946
smg          +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Oct 21 2017 01:41:30     U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr           +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 21 2017 01:59:23
               PRA Receivables Management, LLC,    POB 41067,    NORFOLK, VA 23541-1067
13811087      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 21 2017 01:44:26
               American InfoSource LP as agent for,    T Mobile/T-Mobile USA Inc,    PO Box 248848,
               Oklahoma City, OK  73124-8848
13806710     +E-mail/Text: bnc-applied@quantum3group.com Oct 21 2017 01:41:26     Applied Card Bank,
               Attention: Bankruptcy,    P.O. Box 17125,    Wilmington, DE 19850-7125
13806713     +E-mail/Text: ned-collections_bankruptcydocuments@comcast.com Oct 21 2017 01:42:08     Comcast,
               503 S. Cedar Lane,    Upper Darby, PA 19082-5401
13806714     +E-mail/PDF: creditonebknotifications@resurgent.com Oct 21 2017 01:44:12     Credit One Bank Na,
               P.O. Box 98873,    Las Vegas, NV 89193-8873
13806716     +E-mail/Text: bankruptcynotices@dcicollect.com Oct 21 2017 01:42:09     Diversied Consultant,
               10550 Deerwood Park Boulevard,    Jacksonville, FL 32256-0596
13806722      E-mail/Text: cio.bncmail@irs.gov Oct 21 2017 01:40:29     IRS Special Procedures,
               Appeals Office,    701 Market Street, Suite 2200,    Philadelphia, Pa. 19106
13842953     +E-mail/Text: bankruptcydpt@mcmcg.com Oct 21 2017 01:41:13     MIDLAND FUNDING LLC,
               PO BOX 2011,    WARREN, MI 48090-2011
13806724     +E-mail/Text: bankruptcydpt@mcmcg.com Oct 21 2017 01:41:13     Midland Funding,
               2365 Northside Drive,    San Diego, CA 92108-2709
13877772      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 21 2017 01:59:47
               Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
13809106     +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 21 2017 01:44:37
               PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
13819740     +E-mail/Text: colleen.atkinson@rmscollect.com Oct 21 2017 01:42:26
               Patient First c/o Receivables Management Systems,    PO Box 8630,    Richmond, VA 23226-0630
13806728     +E-mail/Text: bankruptcy@remitcorp.com Oct 21 2017 01:41:15     Remit Corporation,
               36 W. Main Street,    Bloomsburg, PA 17815
13806727     +E-mail/Text: colleen.atkinson@rmscollect.com Oct 21 2017 01:42:26
               Receivables Managment Systems,    P.O. Box 8630,    Richmond, VA 23226-0630
13806730     +E-mail/Text: bankruptcy@sw-credit.com Oct 21 2017 01:41:15     Southwest Credit System,
               4120 International Parkway,    Carrollton, TX 75007-1958
                                                                                              TOTAL: 18
```

```
District/off: 0313-2          User: Pamela            Page 2 of 2            Date Rcvd: Oct 20, 2017
                              Form ID: 152            Total Noticed: 36
```

```
           ***** BYPASSED RECIPIENTS (continued) *****

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13806720     ##+HSBC,   Cardmember Service Center,   P.O. Box 5251,   Carol Stream, IL 60197-5251
                                                                         TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 22, 2017                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 20, 2017 at the address(es) listed below:
        BRIAN CRAIG NICHOLAS    on behalf of Creditor    THE BANK OF NEW YORK MELLON f/k/a THE BANK OF NEW YORK as Trustee for Nationstar Home Equity Loan Trust 2007-A bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com
        ROBERT H. HOLBER    on behalf of Debtor Donna Marie LaJudice rholber@holber.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                                     TOTAL: 4

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Donna Marie LaJudice
    Debtor(s)

Case No: 16–17217–elf
Chapter: 13

---

## NOTICE OF RESCHEDULED HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a CONFIRMATION HEARING will be held before the Honorable Eric L. Frank

, United States Bankruptcy Court 11/21/17 at 10:00 AM , in Courtroom #1, 900 Market Street, Philadelphia, PA 19107

For The Court

Timothy B. McGrath
Clerk of Court

50 – 48
Form 152