# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>    Donna Marie LaJudice<br>                Debtor. | Chapter 13 |
| THE BANK OF NEW YORK MELLON f/k/a THE BANK OF NEW YORK as Trustee for Nationstar Home Equity Loan Trust 2007-A,<br>                Movant,<br>vs.<br>Donna Marie LaJudice,<br>                Debtor / Respondent,<br>and<br>William C. Miller<br>                Trustee / Respondent. | Case No.: 16-17217-elf |

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF PAPERS

      Please take notice that the undersigned hereby enters his appearance as counsel for Creditor, THE BANK OF NEW YORK MELLON f/k/a THE BANK OF NEW YORK as Trustee for Nationstar Home Equity Loan Trust 2007-A, in the above proceeding and, pursuant to Bankruptcy Rule 2002 and Local Bankruptcy Rule 9010.1, requests that his name be added to the mailing list maintained by the Clerk in the above case and that all notices given or required to be given in this case and all papers served or required to be served in this case be given to and served upon the following:

                Matthew C. Waldt, Esquire
                Milstead & Associates, LLC
                1 East Stow Road
                Marlton, NJ 08053
                856-482-1400

      Please take further notice that the foregoing request includes the notices referred to in Rule 2002 of the Bankruptcy Rules and also includes, without limitation, notices of any orders, pleadings, motions, applications, complaints, demands, hearings, requests or petitions, answering or reply papers, memoranda and briefs in support of any of the foregoing and any other document brought before this Court with respect to this proceeding, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise.

| | |
|---|---|
| DATED: October 30, 2017 | MILSTEAD & ASSOCIATES, LLC<br><br>BY:   /s/Matthew C. Waldt<br>Matthew C. Waldt, Esquire<br>Attorney ID No. 203308<br>1 East Stow Road<br>Marlton, NJ 08053<br>(856) 482-1400 |