**Fill in this information to identify your case:**

Debtor 1: **Donna** (First Name)  **M.** (Middle Name)  **LaJudice** (Last Name)

Debtor 2 (Spouse, if filing): _____ First Name  _____ Middle Name  _____ Last Name

United States Bankruptcy Court for the: **EASTERN DIST. OF PENNSYLVANIA**

Case number (if known): **16-17217**

☐ Check if this is an amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules    12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person _____   Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X **/s/ Donna M. LaJudice**             X _____
Donna M. LaJudice, Debtor 1             Signature of Debtor 2

Date **11/10/2017**                     Date _____
MM / DD / YYYY                          MM / DD / YYYY