IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: DONNA M. LAJUDICE | : | CHAPTER 13 |
| | : | |
| | : | |
| Debtor | : | BANKRUPTCY NO. 16-17217 |

## CERTIFICATION OF SERVICE

I, Robert H. Holber, Esquire, Counsel for Debtor, hereby certify that I served a copy of the Amended Chapter 13 Plan upon the U.S. Trustee's Office, William C. Miller, Esquire, Chapter 13 Trustee, Debtor, Donna M. LaJudice , and all secured and priority creditors by first-class mail, postage prepaid and/or electronic means on November 10, 2017.


Date:___11/10/17___          By: _____
                                  Robert H. Holber, Esquire
                                  Attorney for Debtor