## IN THE UNITED STATES BANKRUPTCY COURT FOR
## THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>    Donna Marie LaJudice<br><br>                             Debtor. | Chapter 13 |
| THE BANK OF NEW YORK MELLON f/k/a THE BANK OF NEW YORK as Trustee for Nationstar Home Equity Loan Trust 2007-A<br><br>                        Movant,<br>vs.<br>Donna Marie LaJudice,<br>                        Debtor / Respondents,<br>and<br>William C. Miller,<br>                        Trustee / Respondent. | Case No.: 16-17217-elf<br><br>**Hearing Date: January 16, 2018**<br>**Time: 9:30 am**<br><br>Location: Courtroom 1 |

\* \* \* \* \* \* \*

## NOTICE OF MOTION, RESPONSE DEADLINE
## AND HEARING DATE

      THE BANK OF NEW YORK MELLON f/k/a THE BANK OF NEW YORK as Trustee for Nationstar Home Equity Loan Trust 2007-A, has filed a Motion for Relief from the Automatic Stay with the Court for leave to enforce its rights as determined by state and/or other applicable law with regard to real property.

      **<u>Your rights may be affected.</u> You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney).**

      1.      If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before **January 9, 2018,** you or your attorney must do <u>all</u> of the following:

            (a)      file an answer explaining your position at:

            United States Bankruptcy Court
            Eastern District of Pennsylvania
            Office of the Clerk
            900 Market Street
            Philadelphia, PA 19107

      (b)      mail a copy to the Movant's attorney:

> Matthew C. Waldt, Esquire
> Milstead & Associates, LLC
> 1 East Stow Road
> Marlton, NJ 08053
> Phone No.: 856-482-1400
> Fax No.: 856-482-9190

      (c)      mail a copy to the Chapter 13 Trustee:

> William C. Miller, Trustee
> 1234 Market Street
> Suite 1813
> Philadelphia, PA 19107

2. If you or your attorney do not take the steps described in paragraphs 1(a), 1(b) and 1(c) above and attend the hearing, the court may enter an order granting the relief requested in the Motion.

3. A hearing on the motion is scheduled to be held before the Honorable Eric L. Frank on **January 16, 2018 at 9:30 am** in Courtroom 1, Robert N.C. Nix Sr. Federal Courthouse, 900 Market Street, Philadelphia, PA 19107.

4. If a copy of the Motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5. You may contact the Bankruptcy Clerk's office at 215-908-2801 to find out whether the hearing has been cancelled because no one filed an answer to the Motion.

> Respectfully submitted,
> MILSTEAD & ASSOCIATES, LLC

DATED: December 19, 2017

>   /s/Matthew C. Waldt
> Matthew C. Waldt, Esquire
> Attorney ID No. 203308
> mwaldt@milsteadlaw.com
> 1 East Stow Road
> Marlton, NJ 08053
> Attorneys for Movant