IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: DONNA M. LAJUDICE  :  CHAPTER 13
:
Debtor  :  Bankruptcy No.: 16-17217

## ORDER

AND NOW, this 10th day of January, 2018 upon application of counsel for an award of compensation and reimbursement of actual, necessary expenses, it is hereby **ORDERED** that counsel is allowed **$3,302.70** as fees and **$348.00** as expenses for services rendered in connection with the above referenced case for a total award of **$3,650.70** less **$2,464.38** paid prepetition. The sum of **$1,186.32** shall be paid by Chapter 13 Trustee to Debtor's counsel to the extent provided for in the confirmed plan.

_____
**ERIC L. FRANK**
**CHIEF U.S. BANKRUPTCY JUDGE**