United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Donna Marie LaJudice  
    Debtor

Case No. 16-17217-elf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2      User: John     Page 1 of 1     Date Rcvd: Jan 10, 2018  
                       Form ID: pdf900     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 12, 2018.  
db           +Donna Marie LaJudice,   244 Morris Avenue,    Woodlyn, PA 19094-1317

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
smg          +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jan 11 2018 02:15:10     U.S. Attorney Office,  
           c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404  
                                                                                                                     TOTAL: 1

              ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 12, 2018                                           Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 10, 2018 at the address(es) listed below:  
         BRIAN CRAIG NICHOLAS    on behalf of Creditor    THE BANK OF NEW YORK MELLON f/k/a THE BANK OF NEW  
          YORK as Trustee for Nationstar Home Equity Loan Trust 2007-A bnicholas@kmllawgroup.com,  
          bkgroup@kmllawgroup.com  
         MATTHEW CHRISTIAN WALDT    on behalf of Creditor    THE BANK OF NEW YORK MELLON f/k/a THE BANK OF  
          NEW YORK as Trustee for Nationstar Home Equity Loan Trust 2007-A mwaldt@milsteadlaw.com,  
          bkecf@milsteadlaw.com  
         ROBERT H. HOLBER    on behalf of Debtor Donna Marie LaJudice rholber@holber.com  
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
         WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com  
                                                                                                       TOTAL: 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: DONNA M. LAJUDICE     :     CHAPTER 13
                                      :
                    Debtor        :    Bankruptcy No.: 16-17217

## ORDER

AND NOW, this 10th day of January, 2018 upon application of counsel for an award of compensation and reimbursement of actual, necessary expenses, it is hereby **ORDERED** that counsel is allowed **$3,302.70** as fees and **$348.00** as expenses for services rendered in connection with the above referenced case for a total award of **$3,650.70** less **$2,464.38** paid prepetition. The sum of **$1,186.32** shall be paid by Chapter 13 Trustee to Debtor's counsel to the extent provided for in the confirmed plan.

_____
**ERIC L. FRANK**
**CHIEF U.S. BANKRUPTCY JUDGE**