# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

Chapter 13

Bankruptcy No. 16-17217-ELF

DONNA MARIE LAJUDICE

244 MORRIS AVENUE

WOODLYN, PA 19094

Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

DONNA MARIE LAJUDICE

244 MORRIS AVENUE

WOODLYN, PA 19094

Counsel for debtor(s), by electronic notice only.

ROBERT H HOLBER
41 EAST FRONT ST

MEDIA, PA 19063

Date: 2/15/2018

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee