# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>    Donna Marie LaJudice<br>        Debtor. | Chapter 13 |
| THE BANK OF NEW YORK MELLON f/k/a THE BANK OF NEW YORK as Trustee for Nationstar Home Equity Loan Trust 2007-A,<br>        Movant,<br>vs.<br>Donna Marie LaJudice,<br>        Debtor / Respondent,<br>and<br>William C. Miller,<br>        Trustee / Respondent. | Case No.: 16-17217-elf |

## ORDER GRANTING RELIEF FROM §362 AUTOMATIC STAY

AND NOW, this __13th__ day of __September__, 20__18__, upon certification of default under the parties' prior stipulation, it is hereby

**ORDERED** that THE BANK OF NEW YORK MELLON f/k/a THE BANK OF NEW YORK as Trustee for Nationstar Home Equity Loan Trust 2007-A is hereby granted relief from the automatic stay provided for by 11 U.S.C. §362 as to Debtor Donna Marie LaJudice to permit Movant, its successors or assigns, to take any and all action necessary to enforce its rights as determined by state and/or other applicable law with regard to the real property known as and located at 244 Morris Avenue, Woodlyn, PA 19094;

**ORDERED** that Movant shall be permitted to communicate with the Debtors, and Debtors' counsel to the extent necessary to comply with applicable non-bankruptcy law; and it is further

**ORDERED** that this Order is binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code;

_/s/ Eric L. Frank_

**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**