United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Donna Marie LaJudice  
    Debtor

Case No. 16-17217-elf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: Christina    Page 1 of 1    Date Rcvd: Sep 13, 2018  
                Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 15, 2018.  
db        +Donna Marie LaJudice,   244 Morris Avenue,   Woodlyn, PA 19094-1317

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 15, 2018                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 13, 2018 at the address(es) listed below:

        BRIAN CRAIG NICHOLAS   on behalf of Creditor   THE BANK OF NEW YORK MELLON f/k/a THE BANK OF NEW YORK as Trustee for Nationstar Home Equity Loan Trust 2007-A bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com  
        MATTHEW CHRISTIAN WALDT   on behalf of Creditor   THE BANK OF NEW YORK MELLON f/k/a THE BANK OF NEW YORK as Trustee for Nationstar Home Equity Loan Trust 2007-A mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com  
        MATTHEW CHRISTIAN WALDT   on behalf of Creditor   THE BANK OF NEW YORK MELLON mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com  
        ROBERT H. HOLBER   on behalf of Debtor Donna Marie LaJudice rholber@holber.com  
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
        WILLIAM C. MILLER, Esq.   ecfemails@ph13trustee.com,  philaecf@gmail.com

    TOTAL: 6

**IN THE UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>    Donna Marie LaJudice<br>               Debtor.<br>THE BANK OF NEW YORK MELLON f/k/a THE BANK OF NEW YORK as Trustee for Nationstar Home Equity Loan Trust 2007-A,<br>              Movant,<br>vs.<br>Donna Marie LaJudice,<br>             Debtor / Respondent,<br>and<br>William C. Miller,<br>             Trustee / Respondent. | Chapter 13<br><br>Case No.: 16-17217-elf |

**ORDER GRANTING RELIEF FROM §362 AUTOMATIC STAY**

AND NOW, this __13th__ day of __September__, 20__18__, upon certification of default under the parties' prior stipulation, it is hereby

**ORDERED** that THE BANK OF NEW YORK MELLON f/k/a THE BANK OF NEW YORK as Trustee for Nationstar Home Equity Loan Trust 2007-A is hereby granted relief from the automatic stay provided for by 11 U.S.C. §362 as to Debtor Donna Marie LaJudice to permit Movant, its successors or assigns, to take any and all action necessary to enforce its rights as determined by state and/or other applicable law with regard to the real property known as and located at 244 Morris Avenue, Woodlyn, PA 19094;

**ORDERED** that Movant shall be permitted to communicate with the Debtors, and Debtors' counsel to the extent necessary to comply with applicable non-bankruptcy law; and it is further

**ORDERED** that this Order is binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code;

_____
**ERIC L. FRANK
U.S. BANKRUPTCY JUDGE**