United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 16-17217-elf
Donna Marie LaJudice                                                    Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2         User: Randi              Page 1 of 2               Date Rcvd: Dec 04, 2018
                             Form ID: pdf900           Total Noticed: 37

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 06, 2018.
```
db             +Donna Marie LaJudice,    244 Morris Avenue,    Woodlyn, PA 19094-1317
aty            +JAMIE D. HANAWALT,    Aldridge Pite, LLP,    4375 Jutland Drive, Suite 200,    PO Box 17933,
                 San Diego, CA 92177-7921
13806711        Associates in Anesthesia, Inc.,    Prof Office BLDG I,    Suite 305,    30 Medical Center Blvd.,
                 Upland, PA 19013-3958
13811235       +BANK OF NEW YORK MELLON for Nationstar Home Equity,    c/o JAMIE D. HANAWALT,
                 4375 Jutland Drive, Suite 200,    PO Box 17933,    San Diego, CA 92177-7921
13806715        Crozier/Taylor/Springfield,    One Medical Ctr Blvd,    Upland, Pa 19013-3995
13806717       +DJ Orothopedics LLC,    c/o Aargon Agency, Inc.,    8668 Spring Mountain Road,
                 Las Vegas, NV 89117-4132
13806718       +Financial Recoveries,    P.O. Box 1022,    Wizom, MI 48393-1022
13806719        HAYT, HAYT & LANDAU, LLC,    Meridian Center 1,    Two Industrial Way West,    P.O. Box 500,
                 Eatontown, NJ 07724-0500
13806721       +I C Systems, Inc.,    Attention Bankruptcy,    444 Highway 96 East,    P.O. Box 64378,
                 Saint Paul, MN 55164-0378
13806723       +Law Office of Robert H. Holber, P.C.,    41 East Front Street,    Media, PA 19063-2911
13806725      ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
               (address filed with court: Nationstar Mortgage LLC,    Attn: Bankruptcy,    350 Highland Dr,
                 Lewisville, TX 75067)
13806726       +Patient First,    417 Baltimore Avenue,    Springfield, PA 19064-3810
13806728      ++REMIT CORPORATION,    P O BOX 7,    BLOOMSBURG PA 17815-0007
               (address filed with court: Remit Corporation,    36 W. Main Street,    Bloomsburg, PA 17815)
13806729       +Southeast Radiology, LTD,    1651 W. Front St.,    P.O. Box 809,    Berwick, PA 18603-0809
13806731      ++T MOBILE,    C O AMERICAN INFOSOURCE LP,    4515 N SANTA FE AVE,    OKLAHOMA CITY OK 73118-7901
               (address filed with court: T-Mobile,    P.O. Box 742596,    Cincinnati, OH 45274)
13824977       +THE BANK OF NEW YORK MELLON,    Nationstar Mortgage, LLC,    PO Box 619096,
                 Dallas TX 75261-9096
13849570       +THE BANK OF NEW YORK MELLON,    for Nationstar Home Equity Loan Trust,
                 c/o BRIAN CRAIG NICHOLAS,    701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
14006036       +THE BANK OF NEW YORK MELLON,    for Nationstar 2007-A,    c/o MATTHEW CHRISTIAN WALDT,
                 1 East Stow Road,    Marlton, NJ 08053-3118
13806732       +Township of Ridley,    100 E. MacDade Blvd.,    Folsom, PA 19033-2511
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: megan.harper@phila.gov Dec 05 2018 03:17:53      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA 19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 05 2018 03:17:29
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA 17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Dec 05 2018 03:17:47      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 05 2018 03:40:25
                 PRA Receivables Management, LLC,    POB 41067,    NORFOLK, VA 23541-1067
13811087        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Dec 05 2018 03:27:34
                 American InfoSource LP as agent for,    T Mobile/T-Mobile USA Inc,    PO Box 248848,
                 Oklahoma City, OK 73124-8848
13806710       +E-mail/Text: bnc-applied@quantum3group.com Dec 05 2018 03:17:45      Applied Card Bank,
                 Attention: Bankruptcy,    P.O. Box 17125,    Wilmington, DE 19850-7125
13806712       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Dec 05 2018 03:27:26      Capital One,
                 Attn: Bankruptcy,    P.O. Box 30285,    Salt Lake City, UT 84130-0285
13806713       +E-mail/Text: ned-collections_bankruptcydocuments@comcast.com Dec 05 2018 03:18:03      Comcast,
                 503 S. Cedar Lane,    Upper Darby, PA 19082-5401
13806714       +E-mail/PDF: creditonebknotifications@resurgent.com Dec 05 2018 03:27:31      Credit One Bank Na,
                 P.O. Box 98873,    Las Vegas, NV 89193-8873
13806716       +E-mail/Text: bankruptcynotices@dcicollect.com Dec 05 2018 03:18:04      Diversied Consultant,
                 10550 Deerwood Park Boulevard,    Jacksonville, FL 32256-0596
13806722        E-mail/Text: cio.bncmail@irs.gov Dec 05 2018 03:17:22      IRS Special Procedures,
                 Appeals Office,    701 Market Street, Suite 2200,    Philadelphia, Pa. 19106
13842953       +E-mail/Text: bankruptcydpt@mcmcg.com Dec 05 2018 03:17:39      MIDLAND FUNDING LLC,
                 PO BOX 2011,    WARREN, MI 48090-2011
13806724       +E-mail/Text: bankruptcydpt@mcmcg.com Dec 05 2018 03:17:39      Midland Funding,
                 2365 Northside Drive,    San Diego, CA 92108-2709
13877772        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 05 2018 03:28:09
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
13809106       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 05 2018 03:27:27
                 PRA Receivables Management, LLC,    POB 41067,    Norfolk, VA 23541-1021
13819740       +E-mail/Text: colleen.atkinson@rmscollect.com Dec 05 2018 03:18:09
                 Patient First c/o Receivables Management Systems,    PO Box 8630,    Richmond, VA 23226-0630
13806727       +E-mail/Text: colleen.atkinson@rmscollect.com Dec 05 2018 03:18:09
                 Receivables Managment Systems,    P.O. Box 8630,    Richmond, VA 23226-0630
13806730       +E-mail/Text: bankruptcy@sw-credit.com Dec 05 2018 03:17:40      Southwest Credit System,
                 4120 International Parkway,    Carrollton, TX 75007-1958
                                                                                              TOTAL: 18
```

```
District/off: 0313-2          User: Randi                Page 2 of 2              Date Rcvd: Dec 04, 2018
                              Form ID: pdf900            Total Noticed: 37
```

```
              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13806720      ##+HSBC,   Cardmember Service Center,    P.O. Box 5251,   Carol Stream, IL 60197-5251
                                                                                 TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 06, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 4, 2018 at the address(es) listed below:
              BRIAN CRAIG NICHOLAS    on behalf of Creditor    THE BANK OF NEW YORK MELLON f/k/a THE BANK OF NEW
               YORK as Trustee for Nationstar Home Equity Loan Trust 2007-A bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              MATTHEW CHRISTIAN WALDT    on behalf of Creditor    THE BANK OF NEW YORK MELLON f/k/a THE BANK OF
               NEW YORK as Trustee for Nationstar Home Equity Loan Trust 2007-A mwaldt@milsteadlaw.com,
               bkecf@milsteadlaw.com
              MATTHEW CHRISTIAN WALDT    on behalf of Creditor    THE BANK OF NEW YORK MELLON
               mwaldt@milsteadlaw.com,   bkecf@milsteadlaw.com
              ROBERT H. HOLBER    on behalf of Debtor Donna Marie LaJudice rholber@holber.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                              TOTAL: 6
```

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DONNA MARIE LAJUDICE                    Chapter 13

                Debtor            Bankruptcy No. 16-17217-ELF

Order Dismissing Chapter 13 Case and
Directing Counsel to File Master Mailing List

**AND NOW**, this _____ day of _____, 201_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

**Date: December 4, 2018**    _____
                              Eric L. Frank
                              Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
ROBERT H HOLBER
41 EAST FRONT ST

MEDIA, PA 19063


Debtor:
DONNA MARIE LAJUDICE

244 MORRIS AVENUE

WOODLYN, PA 19094